

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Stephani A. Walsh,[1] Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Eduardo Benavides.

SIGNED June 15, 2016.

_____
Rebeca C. Martinez, Justice

---

[1] The order that appellant challenges on appeal—"Order Granting Defendant's No Evidence Motion for Summary Judgment" as to the claim for unlawful conversion—was signed by the Honorable Larry Noll, presiding judge of the 408th Judicial District Court, Bexar County, Texas, on February 5, 2015.